IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRELL LEATH,

    Plaintiff,

vs.    Case No. 4:08cv157-SPM/WCS

MR. K. B. ROBINSON,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate incarcerated in the Florida Department of Corrections, has submitted a document construed as a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. He also seeks to proceed *in forma pauperis*. Doc. 2.

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Judicial notice is taken of the Order and Report and Recommendation entered on March 12, 2008, in another case Plaintiff filed in this District.  Case 3:08cv74-LAC/EMT.  There, it was recommended that the case be dismissed and Plaintiff's *in forma pauperis* motion be denied due to Plaintiff's own admission that he has filed at least four state court cases and one federal court case.  Doc. 5 of that case.  The report and recommendation, doc. 5, found that Plaintiff had filed more cases than he had acknowledged, but more importantly, had three prisoner actions dismissed prior to service on the grounds that they were frivolous, malicious, or failed to state a claim.  The dismissed cases include cases numbered 3:06cv406, 3:07cv75, and 3:07cv191.

Therefore, pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to *in forma pauperis* status in this case, and his motion, doc. 2, must be denied.

The only exception to the § 1915(g) bar is being in imminent danger of serious physical injury.  That exception is not applicable to Plaintiff's complaint, doc. 1, which seeks to correct Plaintiff's false testimony which he gave to the arresting detective.  Thus, this action should be dismissed without prejudice.  If Plaintiff wishes to re-file this action, he must simultaneously pay the full $350.00 filing fee at the time he files the complaint.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion to proceed *in forma pauperis*, doc. 2, be **DENIED** pursuant to 28 U.S.C. § 1915(g), and that Plaintiff's complaint, doc. 1, be **DISMISSED without prejudice,** pursuant to 28 U.S.C. § 1915(g).

**IN CHAMBERS** at Tallahassee, Florida, on April 16, 2008.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**