IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRELL LEATH,

    Plaintiff,

vs.                                             CASE NO. 4:08cv157-SPM/WCS

MR. K. B. ROBINSON,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated April 16, 2008 (doc. 5). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.     Plaintiff's motion to proceed in forma pauperis (doc. 2) is denied pursuant to 28 U.S.C. § 1915(g).

3.	Plaintiff's complaint is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this 27th day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge